IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GLOBAL CITIZENS INITIATIVE,      )
INC. and GCI EDUCATIONAL         )
MANAGEMENT LLC,                  )
                                 )
            Plaintiffs,          )
                                 )
        v.                       )        Misc. No. 21-170-CFC
                                 )
GC UK TRADING LIMITED            )
(T/A Gamechangers) and           )
JORDAN SAMUEL FLEMING,           )
                                 )
            Defendants.          )

## MEMORANDUM ORDER

Plaintiffs' Motion for An Order Authorizing the Issuance of a Writ of

Attachment *Fieri Facias* (D.I. 2) is DENIED as it was not filed by counsel

authorized to practice before the Court.  The Clerk's Office inadvertently allowed

Mr. Ford to make electronic filings.  Although Mr. Ford is a member of this

Court's bar, he does not have a Delaware office and he is therefore not authorized

to make filings with the Court unless and until the Court has approved an

application made by him under Local Rule 83.5(f)(2).

Further, given the nature of this case, the Court does not believe that

exceptional circumstances exist to justify approving an application by Mr. Ford

under Local Rule 83.5(f)(2).[1]  Accordingly, if Plaintiffs wish to pursue this matter

in this Court (as opposed to the District of Connecticut, which appears to be the

appropriate forum where Plaintiffs should seek the relief requested in their

motion), Plaintiffs need to retain a Delaware lawyer with a Delaware office.


5.12.22
Date                                        Chief Judge

---

[1] Plaintiffs, for example, are not government agencies; nor do they appear to suffer
from financial hardship.

2